UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | No. 2:12-cv-414 MCE AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds through counsel on counts one, two, seven, eight and nine of his first amended complaint. On May 8, 2013, defendants were ordered to show cause why default should not be entered. See ECF No. 20.

On May 17, 2013, defendants responded to the order to show cause and moved to dismiss plaintiff's remaining claims. ECF Nos. 21, 22. On July 15, 2013, defendants filed a notice of errata and an amended motion to dismiss setting a hearing for August 14, 2013 at 10:00 a.m. ECF No. 25.

Good cause appearing, IT IS HEREBY ORDERED THAT the May 8, 2013 order to show cause (ECF No. 20) is discharged. Plaintiff's opposition to the amended motion to dismiss, if

////

////

////

1

1  any, and defendant's reply, if any, shall be filed and served in accordance with Local Rule 230.

2  DATED: July 18, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//monc0414.disch

2