UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>            Defendants. | No.  2:12-cv-0414 MCE AC P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner, proceeds through counsel with a second amended civil rights complaint filed pursuant to 42 U.S.C. § 1983.  This matter is currently scheduled for a hearing on March 19, 2014 at 10:00 before the undersigned on defendants' motion to dismiss.  In addition to the matters raised by the motion, counsel shall be prepared to discuss the status and/or scheduling of discovery, any additional amendment(s) to substitute named defendants for Doe defendants, and related scheduling matters.

    IT IS SO ORDERED.

DATED: March 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1