UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILLIP MONCRIEF,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND RECHABILITATION, et al.,<br><br>Defendants. | No.  2:12-cv-00414 MCE AC P<br><br><br><br>ORDER |

Before the court is the parties' April 16, 2014 joint status report.  ECF No. 44.  Upon consideration of the status report on file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by May 21, 2014.

2. The deadline for filing a motion to amend as well as an amended complaint is June 20, 2014.

3. The parties shall conclude fact discovery and file any motions to compel related to non-expert discovery by January 14, 2015.  Motions to compel must be and noticed to be heard, in accordance with L.R. 230(b), by February 11, 2015.

4. The parties shall make initial expert witness disclosures by no later than February 16,

1

2015.

5. Rebuttal expert witness reports are due by March 6, 2015, in accordance with Fed. R. Civ. P. 26(e)(1).

6. Expert discovery shall be completed, and any motions pertaining to expert discovery shall be filed, by March 25, 2015 . Such motions shall be noticed to be heard no later than April 22, 2015.

7. Dispositive motions shall be filed no later than April 29, 2015 and noticed to be heard no later than May 27, 2015.

8. A settlement conference will be set as appropriate before the undersigned.

9. Final pretrial conference is set for May 28, 2015 at 2:00 p.m., and jury trial is set for July 13, 2015 at 9:00 a.m., both before Judge Morrison C. England, Jr., in Coutroom #7.

DATED: May 2, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE