Kenneth N. Frucht (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 433-4589
Fax: (415) 392-7973

*Attorneys for Plaintiff John Philip Moncrief*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, RANDY GROUNDS, GARY SWARTHOUT, and DOES 1-50, inclusive,<br><br>  Defendants. | CASE NO.: 2:12-cv-00414 MCE AC P<br><br>**STIPULATION AND [PROPOSED ORDER] FOR EXTENSION OF TIME TO FILE A MOTION TO AMEND AND TO AMEND COMPLAINT (L. Rule 144; FRCP 6)** |

## **STIPULATION**

Pursuant to Civil Local Rules 144, and FRCP 6, Plaintiff John Moncrief, by and through his attorney of record, Kenneth Frucht of the Geonetta & Frucht, LLP law firm, and Defendant Grounds, Swarthout, and CDRC, by and through their attorney of record Kelli M. Hammond, hereby stipulate that the time for Plaintiff to file a motion to amend and to file an amended complaint be extended from June 20, 2014, as set forth in the Court's May 2, 2014 Order (Docket #46) to August 25, 2014.  The purpose of the extension is to allow Plaintiff to

take sufficient discovery to be able to identify Doe defendants so that he can file an amended complaint substituting in the named defendants for the individual defendants.

**SO STIPULATED.**

Dated: June 24, 14                    GEONETTA & FRUCHT, LLP


By:  _____/s/_____*Kenneth Frucht*_____
         KENNETH FRUCHT
         Attorneys for Plaintiff


Dated: June 24, 14                    ATTORNEY GENERAL OF CALIFORNIA

By:  _____/s/_____*Kelli M. Hammond*_____
         KELLI M. HAMMOND
         Deputy Attorney General
         Attorneys for Defendants


**IT IS SO ORDERED**


Dated: June 24, 2014                  _____
                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE