Kenneth N. Frucht (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 433-4589
Fax: (415) 392-7973

*Attorneys for Plaintiff John Philip Moncrief*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, RANDY GROUNDS, GARY SWARTHOUT, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: 2:12-cv-00414 MCE AC P<br><br>**STIPULATION AND [~~PROPOSED ORDER~~] FOR EXTENSION OF TIME TO FILE A MOTION TO AMEND AND TO AMEND COMPLAINT (L. Rule 144; FRCP 6)** |

## STIPULATION

On June 24, 2014, the parties filed a Stipulation and Proposed Order to extend the time for Plaintiff to file an amended complaint (Docket #49). The purpose of the extension was to allow Plaintiff to complete discovery into the names of Doe defendants.  Since that time, Defendants' counsel has been attempting, in response to Plaintiff's FRCP 30(b)(6) deposition notice, to identify the person(s) most knowledgeable about decisions that were made related to the housing of Plaintiff on the date alleges he was injured.  Defendants' counsel is still in the process of identifying the person(s) most knowledgeable.  Plaintiff is unable to amend the

complaint until such identification has been made and the deposition(s) have been taken. The parties anticipate that the person(s) most knowledgeable can be identified, and the deposition(s) taken by October 17, 2014.

   Therefore, pursuant to Civil Local Rules 144, and FRCP 6, Plaintiff John Moncrief, by and through his attorney of record, Kenneth Frucht of the Geonetta & Frucht, LLP law firm, and Defendants Grounds, Swarthout, and CDRC, by and through their attorney of record Kelli M. Hammond, hereby stipulate that the time for Plaintiff to file a motion to amend and to file an amended complaint be extended from August 25, 2014, as set forth in the Court's June 25, 2014 Order (Docket #50) to November 7, 2014. The purpose of the extension is to allow Plaintiff to take sufficient discovery to be able to identify Doe defendants so that he can file an amended complaint substituting in the named defendants for the individual defendants.

**SO STIPULATED.**

Dated: August 25, 14                    GEONETTA & FRUCHT, LLP

                                        By:    /s/   *Kenneth Frucht*
                                               KENNETH FRUCHT
                                               Attorneys for Plaintiff


Dated: August 25, 14                    ATTORNEY GENERAL OF CALIFORNIA

                                        By:    /s/   *Kelli M. Hammond*
                                               KELLI M. HAMMOND
                                               Deputy Attorney General
                                               Attorneys for Defendants

**IT IS SO ORDERED**

DATED: August 25, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE