Kenneth N. Frucht (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 433-4589
Fax: (415) 392-7973

*Attorneys for Plaintiff John Philip Moncrief*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, RANDY GROUNDS, GARY SWARTHOUT, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: 2:12-cv-00414 MCE AC P<br><br>**STIPULATION AND [~~PROPOSED~~ ORDER] FOR EXTENSION OF TIME TO FILE A MOTION TO AMEND AND TO AMEND COMPLAINT (L. Rule 144; FRCP 6)** |

## STIPULATION

On June 24, 2014 and August 21, 2014 respectively, the parties filed Stipulations and Proposed Orders to extend the time for Plaintiff to file an amended complaint (Docket Nos. 49, 51). The Court signed and entered the orders requested (Docket Nos. 50, 52), and the current extension expires on November 7, 2014.  The purpose of these extensions was to allow Plaintiff to complete discovery into the names of Doe defendants.  Since that time the Defendants' counsel has been attempting, in response to Plaintiff's FRCP 30(b)(6) deposition notice, to identify the person(s) most knowledgeable about decisions that were made related to the housing of Plaintiff on the date he alleges he was injured.  It took some time, but

Defendants counsel identified two persons whose depositions were taken in Sacramento on October 29, 2014.  At the deposition Defendants' counsel identified one other person who it appears may have been the person who was responsible for processing Plaintiff during his transfer on the day he was injured.  Additionally, one of the deponents identified a document that, if it still exists, is likely to shed further light on what happened on the date of Plaintiff's injury.  Plaintiff would therefore like to take the deposition of the other person identified, and if possible obtain the document that was identified by the previous deponent, before moving to amend. To do so requires a final extension of time.

Therefore, pursuant to Civil Local Rules 144, and FRCP 6, Plaintiff John Moncrief, by and through his attorney of record, Kenneth Frucht of the Geonetta & Frucht, LLP law firm, and Defendants Grounds, Swarthout, and CDRC, by and through their attorney of record Kelli M. Hammond, hereby stipulate that the time for Plaintiff to file a motion to amend and to file an amended complaint be extended from November 7, 2014 to January 15, 2014.  The purpose of the extension is to allow Plaintiff to take sufficient discovery to be able to identify Doe defendants so that he can file an amended complaint substituting in the named defendants for the individual defendants.

**SO STIPULATED.**

Dated: November 12, 14					GEONETTA & FRUCHT, LLP

							By: _____/s/_____*Kenneth Frucht*_____
							    KENNETH FRUCHT
							    Attorneys for Plaintiff


Dated: November 12, 14					ATTORNEY GENERAL OF CALIFORNIA

							By: _____/s/_____*Kelli M. Hammond*_____
							    KELLI M. HAMMOND
							    Deputy Attorney General
							    Attorneys for Defendants

**IT IS SO ORDERED**

Dated: November 12, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE