UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF, | No. 2:12-cv-00414 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On February 2, 2015, the parties stipulated to extend the time for the defendants to respond to the third amended complaint to February 19, 2015. ECF No. 57. The additional time was requested because newly added defendants Gorham and Frias had not yet been served, and counsel for the defendants required additional time to contact them regarding representation and to discuss the matter. Id. On February 12, 2015, in response to this court's order, defendants Gorham and Frias advised that they agreed to waive service of process and requested that waivers be sent to counsel for their records. ECF No. 60.

Presumably, the intent of the stipulation was to extend the time for the served defendants, Grounds and California Department of Corrections and Rehabilitation (CDCR), to respond so that they could do so at the same time as the unserved defendants, Gorham and Frias, whose time to respond had not yet started running. In light of Gorham and Frias' waiver of service of process,

1

the stipulation to extend the time for defendants Grounds and CDCR to respond to the third amended complaint will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation to extend time for the defendants to respond to the third amended complaint (ECF No. 57) is granted and defendants Grounds and CDCR shall have until February 19, 2015, to respond to the third amended complaint.

2. The United States Marshals Service shall send waiver of service of summons forms for defendants Gorham and Frias to their counsel of record.

DATED: February 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE