1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN PHILIP MONCRIEF,                         No.  2:12-cv-00414 MCE AC P

12                   Plaintiff,

13          v.                                      ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION, et al.,

16                   Defendants.

17

18          On March 26, 2015, the court issued an order to show cause why plaintiff's counsel

19    should not be sanctioned $500.00 for failing to respond to defendants' motion to dismiss and

20    appear at the March 25, 2015 hearing.  ECF No. 66.  They were also directed to show cause why

21    the failure to file an opposition should not be deemed a statement of non-opposition.  Id.  Counsel

22    has submitted a declaration in which he avers that his failure to respond to the motion and appear

23    at the hearing were the result of a prolonged, serious illness.  ECF No. 67 at ¶¶ 3-5.  He also

24    states that if given the opportunity, he would file a statement of non-opposition regarding the

25    claims against the CDCR, but would oppose the motion to dismiss the intentional infliction of

26    emotional distress claim.  Id. at ¶ 6.

27          While the court is sympathetic to Mr. Frucht's health issues, he is neither a solo

28    practitioner nor the only attorney of record for plaintiff.  There is no explanation as to why co-

1

1  counsel or another attorney at the firm was not covering Mr. Frucht's cases during his incapacity.

2  Therefore, plaintiff's counsel of record, Kenneth N. Frucht and Lyndon Y. Chee, will be jointly

3  sanctioned $250.00, payable to the Clerk of the Court, for failing to respond to defendants'

4  motion to dismiss and appear at the March 25, 2015 hearing.  Additionally, the court will consider

5  the motion to dismiss the claims against defendant CDCR unopposed.  However, the court will

6  permit plaintiff an opportunity to oppose the motion to dismiss as it relates to the claims for

7  intentional infliction of emotional distress.

8         Accordingly, IT IS HEREBY ORDERED that:

9         1.  Plaintiff's counsel of record, Kenneth N. Frucht and Lyndon Y. Chee, are jointly

10  sanctioned $250.00 payable to the Clerk of the Court within ten days of this order.  This sanction

11  is personal to the attorneys and is not to be transmitted to the client by way of a charge of

12  attorney's fees and/or costs.

13         2.  Defendants' motion to dismiss with respect to the claims against defendant CDCR is

14  deemed unopposed.

15         3.  Plaintiff shall file an opposition to the portion of the motion to dismiss that relates to

16  the claims for intentional infliction of emotional distress within thirty days of this order.  A

17  decision whether to re-set the hearing on the motion to dismiss will be made upon receipt of

18  plaintiff's opposition.

19  DATED: April 3, 2015

20  _____
    ALLISON CLAIRE
21  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2