1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MICHELLE L. ANGUS, State Bar No. 210031
   Supervising Deputy Attorney General
3  MONICA N. ANDERSON, State Bar No. 182970
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-3867
6    Fax:  (916) 324-5205
     E-mail:  Monica.Anderson@doj.ca.gov
7  *Attorneys for Defendants Grounds and Gorham*

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

12  | | |
    |---|---|
    | **JOHN PHILLIP MONCRIEF,** | Case No. 2:12-cv-00414 MCE AC (PC) |

13
                                      **STIPULATION TO EXTEND TIME FOR**
                        Plaintiff,    **DEFENDANTS TO COMPLETE THE**
14                                    **DEPOSITION OF PLAINTIFF;** ~~**PROPOSED**~~
                                      ~~**ORDER**~~
15       v.

16

17  **CALIFORNIA DEPARTMENT OF**
    **CORRECTIONS and**
18  **REHABILITATION, et al.,**

                         Defendants.
19

20        The parties request a five-day extension of time to take the deposition of Plaintiff on or

21  before February 19, 2016.  On December 18, 2015, the parties submitted a stipulation for an

22  extension of time to complete the depositions of the parties, as the pleadings were not finalized

23  until September 2015, and counsel for both parties were preparing for trial and/or in trial. (ECF

24  No. 74.)  The Court issued an Order on December 23, 2016, granting the stipulation that

25  discovery be re-opened for the purpose of deposing the parties only to be completed by February

26  12, 2016.  (ECF No. 75.)

27  / / /

28

                                        1

1       Counsel for Defendants had a trial scheduled in the Eastern District on January 25, 2016.

2  That trial date was vacated on January 12, 2016, and set for a settlement conference on February

3  4, 2016.

4       Once the January 25, 2016 trial date was vacated, counsel started discussions to set the

5  depositions of the two Defendants and Plaintiff.  During those discussions, on January 26, 2016,

6  counsel for Defendants had to travel out-of-state for a funeral of a family member, and will not be

7  back in the office until February 1, 2016.  However, Defendants' counsel has had her office

8  contact with Plaintiff's counsel to continue to obtain available dates for the depositions.

9  Agreement was made for Defendants' depositions to be taken on February 5, 2016, at Plaintiff's

10  counsel's office in Oakland.  Plaintiff is currently incarcerated at RJD Correctional Facility in San

11  Diego.  Counsel for both parties will need to travel to San Diego to take the deposition of

12  Plaintiff.  Communication between our offices has been consistent in attempts to obtain a

13  conveniently available date for Plaintiff's deposition.  Plaintiff's counsel is not available the week

14  of February 8, 2016, except for February 10, 2016.  Defendants' counsel is available all week of

15  February 8, 2016, except for February 10, 2016, as she has a hearing at 10:00 a.m. in the Fresno

16  District Court, with appearance required.  Plaintiff's counsel has advised he is available on

17  February 17, 2016.  Contact has been made with the litigation coordinator at RJD , who

18  confirmed that the deposition can be taken on February 17, 2016.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

<u>**STIPULATION**</u>

2          Under Local Rule 144 and Fed. Rule Civ. P. 6, the parties, by and through their respective

3   attorneys of record, hereby stipulate that the time for Defendants to take the deposition of

4   Plaintiff be extended to February 19, 2016.

5          **SO STIPULATED.**

6   Dated:   January 29, 2016          By: /s/ Kenneth Frucht
                                           KENNETH FRUCHT
7                                          GEONETTA & FRUCHT, LLP
                                           *Attorneys for Plaintiff*
8

9

10  Dated:   January 29, 2016          By:  ***/s/ Monica N. Anderson***
                                           MONICA N. ANDERSON
11                                         Supervising Deputy Attorney General
                                           *Attorneys for Defendants*
12

13  **IT IS SO ORDERED**

14  DATED: February 1, 2016

15                                         _____
                                           ALLISON CLAIRE
16                                         UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28