1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN PHILIP MONCRIEF,                        No.  2:12-cv-0414 MCE AC P

12              Plaintiff,

13         v.                                      ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION, et al.,

16              Defendants.

17

18         Currently before the court is the parties' stipulated request to extend plaintiff's time for

19    opposing defendants' motion for summary judgment and to re-set the July 20, 2016 hearing.  ECF

20    No. 86.  Good cause appearing, IT IS HEREBY ORDERED that:

21         1.  The parties' stipulated request to extend plaintiff's time to oppose defendants' motion

22    for summary judgment (ECF No. 86) is granted and plaintiff shall have until July 22, 2016, to file

23    his opposition.

24         2.  The July 20, 2016 hearing is vacated and re-set for August 17, 2016, at 10:00 a.m. in

25    Courtroom 26.

26    DATED: June 13, 2016

27    _____

      ALLISON CLAIRE
28    UNITED STATES MAGISTRATE JUDGE