1  Kenneth N. Frucht (SBN 178881)
2  Frederick J. Geonetta (SBN 114824)
   GEONETTA & FRUCHT, LLP
3  100 Montgomery Street, Suite 1600
   San Francisco, CA 94104
4  Tel: (415) 433-4589
   Fax: (415) 392-7973
5
6  *Attorneys for Plaintiff John Philip Moncrief*

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | JOHN PHILIP MONCRIEF,              )  **CASE NO.: 2:12-cv-00414 MCE AC P**
                                         )
12 |     Plaintiff,                     )
                                         )
13 |     v.                              )
                                         )  **STIPULATED REQUEST AND**
14 | RANDY GROUNDS, TROY GORHAM,        )  **[PROPOSED ORDER] FOR**
     and DOES 1-50, inclusive,           )  **EXTENSION OF TIME TO FILE**
15 |                                     )  **OPPOSITION TO MOTION FOR**
                                         )  **SUMMARY JUDGMENT AND FOR**
16 |     Defendants.                    )  **HEARING OF MOTION FOR**
                                         )  **SUMMARY JUDGMENT MOTIONS**
17 |                                     )  **(L. Rule 144; FRCP 6)**
                                         )
18

19                  **REQUEST FOR EXTENSION OF TIME**

20         Plaintiff's opposition to Defendants' motion for summary judgment is currently due on July

21 22, 2016.  The parties hereby request and stipulate to a third and final extension of ten days for

22 Plaintiff to file his opposition to Defendants' summary judgment motion, and a concomitant

23 continuance of the date for the Court to hear the motion.  This request is made because of the

24 difficult and time consuming nature of communications between Plaintiff and his counsel.

25 Preparing the papers to oppose defendants motion involves substantial communication between

26 Plaintiff and counsel in order to prepare Plaintiff's declaration and to fact check the papers.

27         The only means of communication between Plaintiff and counsel are mail and telephone

28 conversations.  Prison procedures and rules limit these telephone conversations to 15 minutes per

call, making the process of communication slow and very tedious.  Moreover, Plaintiff wishes to

see the final opposition papers before they are filed, as is his right, and naturally wants to also see and sign his declaration, and this requires an airplane flight to San Diego where he is presently incarcerated. Plaintiff's counsel intends to travel to San Diego to meet with Plaintiff on July 25, 2016. Following the meeting counsel intends to return to the Bay Area and finalize and file the opposition papers by August 1, 2016.

## STIPULATION

Pursuant to Civil Local Rules 144, and FRCP 6, Plaintiff John Moncrief, by and through his attorney of record, Kenneth Frucht of the Geonetta & Frucht, LLP law firm, and Defendants Grounds, Frias and Gorham, by and through their attorney of record Kelli M. Hammond, hereby stipulate and request that Plaintiff have until August 1, 2016 to file Plaintiff's opposition to the summary judgment motion, and that the hearing on the motion be set for August 31, 2016.

**SO STIPULATED.**

Dated: July 18, 2016        GEONETTA & FRUCHT, LLP

                            By:    /s/    *Kenneth Frucht*
                                   KENNETH FRUCHT
                                   Attorneys for Plaintiff


Dated: July 18, 2016        ATTORNEY GENERAL OF CALIFORNIA

                            By:    /s/    *Kelli M. Hammond*
                                   KELLI M. HAMMOND
                                   Deputy Attorney General
                                   Attorneys for Defendants

**IT IS SO ORDERED**

Dated: July 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE