**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN PHILIP MONCRIEF
           Plaintiff,                    No.  2:12-cv-0414 MCE AC P

   vs.

CALIFORNIA DEPARTMENT OF       **ORDER & WRIT OF HABEAS CORPUS**
CORRECTIONS AND                    **AD TESTIFICANDUM**
REHABILITATION, et al.
           Defendants.        /

      John Philip Moncrief, inmate #E-54305, a necessary and material witness in proceedings in this case on November 2, 2016, is confined in Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Allison Claire, to appear by telephonic-conferencing at Richard J. Donovan Correctional Facility on November 2, 2016, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a hearing by telephonic-conferencing before the United States District Court at the time and place above, until completion of the hearing or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to fax a courtesy copy of this order and writ of habeas corpus ad testificandum to the Litigation Coordinator at Richard J. Donovan Correctional Facility at (619) 671-7566.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179:**

      **WE COMMAND** you to produce the inmate named above to participate in a hearing before the United States District Court at the time and place above by telephonic-conferencing, until completion of the hearing or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 6, 2016

_allison Clarie_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE