1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN PHILIP MONCRIEF,                    No.  2:12-cv-0414 MCE AC P

12              Plaintiff,

13        v.                                  ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16              Defendants.

17

18        Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. §

19   1983.  Currently before the court is plaintiff's counsel's motion to withdraw, which is set for

20   hearing on November 2, 2016, at 10:00 a.m.  ECF No. 93.  Plaintiff has filed a response to the

21   motion in which he expresses concern over the withdrawal and the fact that he will not be present

22   at the hearing to explain his position.  ECF No. 97.  The court will construe the letter as a motion

23   to be present at the hearing and it is granted to the extent that an order and writ of habeas corpus

24   ad testificandum was issued on September 6, 2016, requiring the Warden of Richard J. Donovan

25   Correctional Facility to have plaintiff appear at the hearing telephonically.

26   ////

27   ////

28   ////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request to be present at the

2  November 2, 2016 hearing on counsel's motion to withdraw (ECF No. 97) is granted to the extent

3  that plaintiff will appear at the hearing telephonically.

4  DATED: October 26, 2016

5  _____
   ALLISON CLAIRE

6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28