UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:12-cv-0414 MCE AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an unspecified extension of time to file a response to defendants' motion for summary judgment. ECF No. 113. Plaintiff states that he has not received his prescription glasses and is therefore unable to proceed at this time. Id. at 1. He asks that he be given a "short continuance" until he receives his glasses. Id. Plaintiff's response is currently due by March 9, 2017. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 113) is granted in part;

2. Plaintiff is granted an additional thirty days in which to file a response to defendants' motion for summary judgment. Plaintiff's response shall now be filed on or before April 10, 2017.

DATED: February 23, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE