UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF, | No. 2:12-cv-0414 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff has requested the appointment of an investigative judge to review the case. ECF No. 134. Since the court does not conduct investigations, this request will be denied.

Plaintiff also claims that he has suffered an eye injury that has substantially frustrated his ability to read and his optometrist's instruction to stop work has halted his course of action until further examination by an eye specialist. ECF No. 133. In light of the escalating allegations regarding the state of plaintiff's vision, defendants shall be directed to respond to plaintiff's motions for extension (ECF Nos. 131-133).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of investigative judge (ECF No. 134) is denied;

////

////

2. Defendants shall file a response to plaintiff's motions for extension (ECF Nos. 131-133) within fourteen days of the date of this order.

DATE: May 26, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE