# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIP MONCRIEF, | No. 2:12-cv-0414 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file a response to the defendants' reply in support of their motion for summary judgment. ECF No. 147. He requests the additional time because he has been transferred to a new prison. Id.

After defendants submitted their reply, the motion for summary judgment was fully briefed. Plaintiff is not permitted to a file a sur-reply absent leave of the court, which will not be granted. The request for an extension of time will therefore be denied.

The court notes that although plaintiff states he has been transferred to a new prison, he has not filed a notice of change of address. The Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) indicates that plaintiff is currently incarcerated at the California Medical Facility. The Clerk of the Court will be directed to update the docket accordingly and to re-serve plaintiff with the order and findings and

recommendations filed September 27, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 147) is denied.

2. The Clerk of the Court is directed to update the docket to reflect plaintiff's address of record as California Medical Facility, P.O. Box 2000, Vacaville, CA 95696.

3. The Clerk of the Court is directed to re-serve plaintiff a copy of the September 27, 2017 order and findings and recommendations (ECF No. 146) at his new address.

DATED: October 2, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE